UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0950**
**(410) 962-2985 FAX**

February 23, 2006

Frederick Herbert Nelson, Esquire
American Liberties Institute
P.O. Box 547503
Orlando, Florida  32854-7503

Robert D. Anbinder, Esquire
Baltimore City Law Department
100 North Holliday Street
Lower Level 81
Baltimore, Maryland  21202

Matt M. Paavola, Esquire
Matt Paavola and Associates
2113 Orems Road
Baltimore, Maryland  21220

    Subject: *Open Air Campaigners, Inc. et al. v. Mayor and City Council of Baltimore, et al.*
           Civil No.: JFM 04-774

Dear Counsel:

    Pursuant to our teleconference this afternoon, it is hereby ordered that the parties, on or before March 2, 2006, notify the Court in writing either that this case, including the issue of attorney fees and costs, has been settled or that specific points of contention, to be identified in writing, remain.  In the event of advice that the case has been settled, I will advise the presiding judge to enter an Order pursuant to Local Rule 111.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

           Very truly yours,

           /s/

           James K. Bredar
           United States Magistrate Judge

JKB/vl

cc:  The Hon. J. Frederick Motz
     Court file
     Chambers file